834

No. 728, Misc.   MUENCH v. BETO, CORRECTIONS DI-
RECTOR.   Court of Criminal Appeals of Texas.   Certio-
rari denied.   Petitioner *pro se.*   *Waggoner Carr,* Attor-
ney General of Texas, and *Sam R. Wilson, Gilbert J. Pena*
and *Allo B. Crow, Jr.,* Assistant Attorneys General, for
respondent.

No. 759, Misc.   WARDEN v. ALABAMA.   Supreme Court
of Alabama.   Certiorari denied.   Petitioner *pro se.*   *Mac-
Donald Gallion,* Attorney General of Alabama, and *David
W. Clark,* Assistant Attorney General, for respondent.

No. 830, Misc.   SCHAFFER ET AL. v. DELAWARE.   Su-
preme Court of Delaware.   Certiorari denied.   *David
Kanner* for petitioners.   *W. Laird Stabler, Jr.,* Deputy
Attorney General of Delaware, for respondent.

No. 785, Misc.   MARTIN v. UNITED STATES.   C. A.
10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solic-
itor General Cox, Assistant Attorney General Miller,
Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 848, Misc.   McDONALD v. UNITED STATES.   C. A.
5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor
General Cox, Assistant Attorney General Miller* and
*Beatrice Rosenberg* for the United States.

No. 786, Misc.   GAUTHIER v. CALIFORNIA.   District
Court of Appeal of California, Second Appellate District.
Certiorari denied.